**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of<br><br>*Yves Bouvier*<br><br>for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings | Case No. 25 Misc. _____ |

### *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Applicant Yves Bouvier (hereinafter "Applicant"), by and through his undersigned counsel, Kellner Herlihy Getty & Friedman LLP, along with the Declaration of Hong Kong attorney Troy Greig, dated December 3, 2025, the Declaration of Thomas Vandenabeele Esq. dated December 3, 2025, their respective accompanying exhibits, and the Memorandum of Law, respectfully submits this Application for judicial assistance pursuant to 28 U.S.C. § 1782, in obtaining documentary evidence for use in foreign proceedings. Applicant seeks evidence from (i) Citibank, N.A.; (ii) The Bank of New York Mellon; (iii) Société Générale, New York Branch; (iv) HSBC Bank USA, N.A.; (v) BNP Paribas USA; (vi) JPMorgan Chase Bank, N.A.; (vii) Wells Fargo Bank, N.A.; (viii) Deutsche Bank Trust Co. Americas; (ix) UBS AG; (x) Bank of America, N.A.; (xi) Bank of China, New York Branch; (xii) Standard Chartered Bank US; (xiii) Commerzbank AG, New York Branch; (xiv) Barclays Bank, PLC; (xv) The Clearing House Payment Company L.L.C.; Sotheby's Inc., New York, and Christie's Inc., New York (collectively the "Respondents"), each of which is found in this District.

Applicant satisfies each of the three statutory requirements set forth in 28 U.S.C. § 1782. *First*, the Respondents from whom discovery is sought are each found within the Southern District of New York. *Second*, the discovery sought by Applicant is "for use" in connection with the pending proceedings in Hong Kong (the "Foreign Proceedings") as described in the accompanying

Declaration Troy Greig. *Third*, Applicant is an interested person because it is a party to the Hong Kong Proceedings.

Further, each of the discretionary factors established in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 265-65 (2004), militates in favor of granting this Application. *First*, there is no expectation that any of the Respondents from whom discovery is sought will be participants in the Foreign Proceeding, and, as such, this Application constitutes the only practical and timely method for obtaining the needed evidence for use there. *Second*, there is no indication that the foreign tribunal would be unreceptive to the evidence. *Third*, the documentary evidence sought through the instant Application would likely be admissible in the Foreign Proceeding and does not otherwise circumvent any proof-gathering restriction under the laws of Hong Kong. *Fourth*, the discovery sought through this Application is not unduly intrusive or burdensome because it is of limited scope. The proposed requests to the Respondents seek records held by the Respondents related to Artworks and/or Reinvested Artworks or proceeds received in response to the Artworks' sales from February 1, 2015, to the present.

Accordingly, for the reasons described in the accompanying Declaration of Hong Kong lawyer Troy Greig, the Declaration of Thomas Vandenabeele, their respective accompanying Exhibits, and the Memorandum of Law, Applicant respectfully requests that the Court issue an Order in the proposed or substantially similar form as the accompanying Proposed Order (1) granting judicial assistance pursuant to 28 U.S.C. § 1782, (2) authorizing Applicant to serve subpoenas attached hereto as Exhibits A, B and C, and (3) waiving service by Applicant of this Application on the Foreign Defendants, the Discovery Targets and the Respondents of the Order and subpoenas.

Dated: December 3, 2025

Respectfully submitted,

_____
Thomas Vandenabeele
Louise Grégoire

KELLNER HERLIHY GETTY & FRIEDMAN LLP
*Attorneys for Applicant*
470 Park Avenue South–7th Floor
New York, NY 10016-6819
Telephone: 212-889-2121
tv@khgflaw.com
l.gregoire@khgflaw.com