# Exhibit A

Department of Financial Services    Consumer Information    Applications & Filings    Industry Guidance

Reports & Publications    Contact Us

# DFS Portal

## Who We Supervise

**Enter the Name and/or Type of institution you are searching for:**

- For a list of **ALL** DFS-supervised institutions, **leave both fields blank** and hit Search
- For a list of **one type** of institution (for example, all Check Cashers we supervise), leave Name field blank, and **choose the business type from the drop-down menu,** and hit Search.
- **If you have a name**, but don't know the type of business, **enter what you know in the Name field, leave the Type field blank** and hit Search.

**Name of Institution:** BNP Paribas

**Type of Institution:**

Search    Reset

**Search Results Include 2 Primary Institutions**

**Download Search Results:**CSV

(1 of 1) 1 25

| PRIMARY NAME | MAIN ADDRESS | MAIL ADDRESS | INSTITUTION TYPE | INST. LIC INACTIVE | INSTITUTION PHONE |
|---|---|---|---|---|---|
| Bnp Paribas | 787 Seventh Avenue New York, NY 10019 | 787 Seventh Avenue New York, NY 10019 | Exempt Mortgage Loan Servicer | | - |
| BNP Paribas | 787 7th Avenue New York, NY 10019 | 787 7th Avenue New York, NY 10019 US | Foreign Branch | | |

(1 of 1) 1 25

## Who We Supervise

### Institutions That We Supervise

The Department of Financial Services supervises many different types of institutions. Supervision by DFS may entail chartering, licensing, registration requirements, examination, and more.

Learn More

**Need technical help with this Portal? Submit a Portal Help Form**

**DFS Home | Accessibility | Privacy | Disclaimer | Language Access | Contact DFS**