

SCH | SCHINDLER COHEN & HOCHMAN

December 31, 2025

**BY ECF**

The Honorable Vernon S. Broderick
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

Re:  *Motion to Intervene and Oppose Application for Discovery Pursuant to 28 U.S.C. § 1782.*, Civ. No. 1:25-mc-00549-VSB

Dear Judge Broderick:

  We have today been retained by Jean-Marc Peretti with respect to the above-captioned *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings filed by Yves Bouvier (the "Application") related to a lawsuit currently pending in Hong Kong (Dkt. 1). Our client was recently made aware of the Application by Pascal de Sarthe, who, along with De Sarthe Contemporary Limited and Milocci Limited (the "de Sarthe Parties"), has moved to intervene and oppose the Application (Dkt. 19). The Application apparently requests detailed and voluminous banking information about our client and his family members from a number of financial institutions and auction houses, which is not appropriate under 28 U.S.C. § 1782 for the reasons set forth in the motion papers filed by the de Sarthe Parties on December 22, 2025 (Dkt. 19–22).

  We are now reviewing the Application papers and the de Sarthe Parties' opposition papers. While we are getting up to speed and attempting to contact our client's counsel in Hong Kong, we want to inform the Court right away of Mr. Peretti's intention to file a motion to intervene and oppose the Application before this Court as soon as we can get up to speed and obtain input from our client and his counsel in Hong Kong.

Respectfully submitted,

*/s/ Steven R. Schindler*

Steven R. Schindler
100 Wall Street, 15th Floor
New York, NY 10005
(212) 277-6300
(212) 277-6333 (fax)

CC (*by EFC*): Counsel of record