# KELLNER HERLIHY GETTY & FRIEDMAN, LLP

470 PARK AVENUE SOUTH, 7th FLOOR

NEW YORK, NEW YORK 10016

DOUGLAS A. KELLNER
CAROL ANNE HERLIHY
EUGENE F. GETTY
ALAN M. FRIEDMAN
JEANNE-MARIE WILLIAMS
THOMAS VANDENABEELE
CHARLES E. KRAUSCHE II
OLGA V. PETROVSKY

DERRICK M.NG
MICHELLE D. BAZINET
JAEMYUNG JAE LEE
MERIELEN DAL RI ZIVIANI°
LOUISE GRÉGOIRE
EDI EBIEFUNG
BRENDAN SULLIVAN

TELEPHONE: (212) 889-2121
FACSIMILE: (212) 684-6224
tv@khgflaw.com

COUNSEL
MICHAEL H. SINGER
ROBERT P. MCGREEVY
HERMAN D. FARRELL III
NADA ABDELSATER λ
DMITRIY BOGORODSKIY φ

° Admitted in Brazil
λ Admitted in Lebanon
φ Qualified in the Russian Federation

January 5, 2026

*Filed electronically on ECF*
Honorable Vernon S. Broderick
United States Courthouse for the Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

### In re Application Yves Bouvier for an Order Seeking Discovery Pursuant to 28 U.S.C. § 1782, Case No. 25-mc-00549-VSB

Dear Judge Broderick:

We represent Yves Bouvier ("Applicant"). We respectfully submit this letter in response to the letter filed by Jean-Marc Peretti on December 31, 2025 (Dkt. No. 23).

To promote the orderly and efficient resolution of this matter, Applicant respectfully requests that the Court set a deadline for Mr. Peretti to file any motion to intervene and any opposition to the Application, preferably by January 13, 2026, or by such other date as the Court deems appropriate.

As explained by Applicant's Hong Kong counsel, Troy Greig in the Reply Declaration filed today (DE#25), Mr. Peretti similarly indicated an intention to intervene in the Hong Kong proceedings on November 13, 2025 (see *Id.* ¶ 5(e)). To date (almost two months later), however, Mr. Peretti has not filed any application with the Hong Kong court, nor has he submitted any evidence or particulars substantiating his asserted claims. *Id.* In light of that history, Applicant respectfully submits that the imposition of a prompt deadline here is warranted to prevent undue delay.

In addition, unlike counsel for the De Sarthe Parties, who contacted us to discuss a proposed briefing schedule before seeking court intervention, counsel for Mr. Peretti has yet to reach out to us to confer regarding scheduling and, in fact, has not contacted us at all.

Tellingly, counsel for Mr. Peretti has filed a letter with this Court, but has not yet filed a notice of appearance. Applicant respectfully submits that any request by Mr. Peretti for an extension of time, or for any relief, should be considered, if at all, only after a formal appearance and the prompt filing of a motion to intervene in accordance with the Court's rules.

Applicant expressly reserves all rights to oppose any motion by Mr. Peretti, and to reply to any opposition to the Application that he may file.

Respectfully submitted,

Thomas Vandenabeele

CC:

- All Counsel of Record (via CM/ECF)
- Steven R. Schindler, Esq. Counsel for Jean-Marc Peretti (via e-mail at SSchindler@schlaw.com )