**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Application of

*Yves Bouvier*                                            Case No. 25 Misc. 549 (VSB)

for an Order Pursuant to 28 U.S.C. § 1782 to Conduct

Discovery for Use in Foreign Proceedings.

## ORDER REGARDING BRIEFING SCHEDULE

The Court hereby ORDERS that Applicant Yves Bouvier and Jean-Marc Peretti shall file their motions, oppositions, and replies, respectively, regarding intervention and discovery under 28 U.S.C. § 1782 on the following schedule:

- Mr. Peretti will file his motion to intervene and opposition to the application for discovery under 28 U.S.C. § 1782 by January 30, 2026.

- Applicant will file his reply in further support of his 28 U.S.C. § 1782 application by February 13, 2026.

SO ORDERED this 12th day of January, 2026.

THE HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE