

1185 Avenue of the Americas, 3rd Fl.
New York, NY 10036

Phone: (212) 982-1231
abrankov@brankovlaw.com
www.brankovlaw.com

January 15, 2026

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *In re Application of Yves Bouvier*, No. 25-mc-00549 (VSB)

Dear Judge Broderick:

      This firm, together with our co-counsel Redniss LLC, represents proposed intervenors Pascal de Sarthe, De Sarthe Contemporary Limited, and Milocci Limited (collectively, the "de Sarthe Parties") in this application for discovery by Yves Bouvier under 28 U.S.C. § 1782. The position of the de Sarthe Parties on various matters already has been set out in the documents filed on their behalf to date.

      Mr. Bouvier has stipulated through counsel that he would not oppose the de Sarthe Parties' application to intervene. Dkt. 17. As the de Sarthe Parties have carried their burden to show they have standing to intervene and the motion is unopposed, the Court should grant the motion to intervene.[1]

      We would be remiss if we did not inform the Court that Mr. Bouvier's reply misstates what has occurred in the Hong Kong proceeding. Mr. Bouvier claims that at the December 12, 2025 hearing, the Hong Kong court made a finding that Mr. Bouvier "discharged his burden to prove ownership, at least, on a *prima facie* level." Dkt. 24 at 4. This did not occur. A declaration from Hong Kong counsel can be made available if requested.

      This misstatement underscores the reasons why no disclosure should be granted, or if any disclosure is granted, then it should be narrowly tailored and subject to a protective order.

---

[1] The reply memorandum of law submitted by Mr. Bouvier's counsel indicates that Mr. Bouvier has no opposition to the motion to intervene subject to the de Sarthe Parties' compliance with Fed. R. Civ. P. 7.1. The corporate de Sarthe Parties have filed Rule 7.1 disclosure statements. Dkt. 30-31.

We appreciate the Court's consideration of this matter.

Respectfully submitted,

/s/ Amelia K. Brankov

Amelia K. Brankov

/s/ Seth Redniss, Redniss LLC

cc: Counsel of Record via ECF