**EXHIBIT 2**
**THE SWISS BUSINESS**
**REGISTER'S INTERNET EXCERPT**

http://rc.ge.ch

EXTRAIT INTERNET

**Extrait avec radiations**

No réf. 22494/2024
IDE CHE-137.592.015

# Ryan SA

inscrite le 13 novembre 2024
Société anonyme

| Réf. | Raison Sociale |
|---|---|
| 1 | Ryan SA |
| | **Siège** |
| 1 | Genève |
| | **Adresse** |
| 1 | Rue de la Confédération 15, c/o NELOMBOS SA, 1204 Genève |
| | **Dates des Statuts** |
| 1 | 04.11.2024 |
| | **But, Observations** |
| 1 | But:<br>La société a pour but l'exploitation de tous commerces dans le domaine de la restauration, l'achat, l'importation et la vente de tous produits alimentaires et boissons, ainsi que l'organisation de manifestations événementielles. Elle peut faire, soit pour son compte, soit pour le compte de tiers, toutes opérations financières, commerciales, mobilières ou immobilières se rattachant directement ou indirectement à son but social et s'intéresser, sous toutes formes, à toutes entreprises similaires. La société peut également constituer des succursales et des filiales en Suisse et à l'étranger. |
| 1 | Opting-out:<br>Selon déclaration du 04.11.2024, il est renoncé à un contrôle restreint. |
| | **Organe de publication** |
| 1 | Communication aux actionnaires: lettre recommandée, courriel ou fax |
| 1 | Feuille Officielle Suisse du Commerce |

| Réf. | Capital-actions | | |
|---|---|---|---|
| | **Nominal** | **Libéré** | **Actions** |
| 1 | CHF 100'000.00 | CHF 100'000.00 | 100 actions de CHF 1'000, nominatives, liées selon statuts |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod. | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| 1 | | | **Péretti** Jean-Marc, de France, à Collonge-Bellerive | adm. président | signature individuelle |
| 1 | | | **Péretti** Ryan, de Genève, à Genève | adm. | signature individuelle |
| 2 | | | **Yurttas** Ozgur, de Genève, à Genève | adm. | signature collective à 2 |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | **Numéro** | **Date** | **Date** | **Page/Id** | | **Numéro** | **Date** | **Date** | **Page/Id** |
| 1 | 22494 | 13.11.2024 | 18.11.2024 | 1006181540 | 2 | 25080 | 12.12.2024 | 17.12.2024 | 1006207955 |

Genève, le 06 février 2026

***Fin de l'extrait***

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**

http://rc.ge.ch

**Excerpt without cancellations**

INTERNET EXCERPT

Ref. Nr 22494/2024
UID CHE-137.592.015

# Ryan SA

registered on 13 November 2024

Public Limited Company

| Ref. | Company name |
|---|---|
| 1 | Ryan SA |
| | **Head office** |
| 1 | Geneva |
| | **Address** |
| 1 | Rue de la Confédération 15, c/o NELOMBOS SA, 1204 Geneva |
| | **Bylaws date** |
| 1 | 11.04.2024 |
| | **Purpose, Observations** |
| 1 | Purpose:<br>The company's purpose is to operate any business in the field of catering, as well as the purchase, import, and sale of all food products and beverages, and the organization of event activities. It may carry out, either on its own behalf or on behalf of third parties, any financial, commercial, movable, or real estate transactions directly or indirectly related to its corporate purpose, and may engage, in any form, in any similar enterprises. The company may also establish branches and subsidiaries in Switzerland and abroad. |
| 1 | Opting-out:<br>Pursuant to the declaration of 11.04.2024, the company has waived a limited review. |
| | **Publication board** |
| 1 | Communications to shareholders: registered letter, email, or fax. |
| 1 | Swiss Official Gazette of Commerce (SOGC) |

| Ref. | Capital shares | | |
|---|---|---|---|
| | **Nominal** | **Released** | **Shares** |
| 1 | CHF 100'000.00 | CHF 100'000.00 | 100 shares with a nominative value of CHF 1'000 each, subject to transfer restrictions as per the bylaws. |

| Ref. | | | Administration, review board and people having signing capability | | |
|---|---|---|---|---|---|
| Regi | Mod. | Can. | **Name and First names, Origin, Residence** | **Functions** | **Signature mode** |
| 1 | | | **Péretti** Jean-Marc, From France, in Collonge-Bellerive | Dir. president | Individual signature |
| 1 | | | **Péretti** Ryan, from Geneva, in Genève | Dir. | Individual signature |
| 2 | | | **Yurttas** Ozgur, from Genève, in Genève | Dir. | Collective signature of two people |

| Ref. | JOURNAL | | SOGC PUBLICATION | | Ref. | JOURNAL | | SOGC PUBLICATION | |
|---|---|---|---|---|---|---|---|---|---|
| | **Number** | **Date** | **Date** | **Page/Id** | | **Number** | **Date** | **Date** | **Page/Id** |
| 1 | 22494 | 11.13.2024 | 11.18.2024 | 1006181540 | 2 | 25080 | 12.12.2024 | 12.17.2024 | 1006207955 |

Geneva, February 11, 2026

***End of excerpt***

**The information above is given with no commitment and is in no way legally binding.**

**AFFIDAVIT OF TRANSLATION**

STATE OF NEW YORK )
: ss. :
COUNTY OF NEW YORK )

Louise Grégoire, being duly sworn, deposes and says:

1. I earned a Master of Laws from the Francis King Carey School of Law in Baltimore, MD, and master's and bachelor's degrees from the University of Tours and Panthéon-Sorbonne, France. I am fluent in both English and French, and I am an attorney admitted to practice in New York.

2. I hereby certify that this is a true and accurate translation of Exhibit 2 to the Declaration of Mr. Yves Bouvier, the Internet Excerpt of the Swiss Business Register.

Louise Grégoire

Sworn to before me
This 13 th day of February 2026

Notary Public

CHARLES E. KRAUSCHE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02KR6066709
Qualified in New York County
Commission Expires November 19, 2029