**EXHIBIT 3**
**CONSIGNMENT AGREEMENT**

# CONSIGNMENT AGREEMENT

Dated: June 30, 2015

Parties: Connaught Asia Development Limited
8th Floor, On Hing Bldg.,1 On Hing Terrace
Central, Hong Kong

("Consignor")

Milocci Limited dba de Sarthe Gallery
8F Club Lusitano
16 Ice House Street
Central, Hong Kong
("Consignee")

Works:

| No. | Title and Year | Artist Name | Media and Size | Value (USD) |
|---|---|---|---|---|
| 1 | Untitled, 1958 | Chu Teh Chun | Oil on canvas 100 x 81cm | 800,000 |
| 2 | Untitled, 1956 | Chu Teh Chun | Oil on canvas 73 x 60cm | 600,000 |
| 3 | Untitled, 1974 | Chu Teh Chun | Oil on canvas 60 x 61cm | 400,000 |
| 4 | La tempéte s'eloigne,1997 | Chu Teh Chun | Oil on canvas 150 x 150cm | 1,500,000 |
| 5 | Nuances féériques, 1990 | Chu Teh Chun | Oil on canvas 114 x 146cm | 1,600,000 |
| 6 | Untitled, 1958 | Chu Teh Chun | Oil on canvas 162 x 115cm | 2,000,000 |
| 7 | Feuille rouge, 1970 | Chu Teh Chun | Oil on canvas 146 x 114cm | 1,000,000 |
| 8 | Inspiration hivernale - aquarelle, 1987 | Chu Teh Chun | Oil on canvas 56 x 76cm | 300,00 |
| 9 | Untitled, 2007 | Chu Teh Chun | Oil on canvas, dyptich 195 x 260cm | 1,500,000 |
| 10 | Composition abstraite, circa 1970 | Chu Teh Chun | Oil on canvas 190 x 130cm | 1,000,000 |
| 11 | Untitled | Chu Teh Chun | Oil on canvas 195 x 130cm | 1,500,000 |
| 12 | Formes archaïques, 1958 | Chu Teh Chun | Oil on canvas 65 x 54cm | 600,000 |
| 13 | La chute du temps, 1991 | Chu Teh Chun | Oil on canvas 195 x 130cm | 1,500,000 |
| 14 | L'air embrasé N°4, 15 décembre, 1979 | Chu Teh Chun | Oil on canvas 162 x 128cm | 1,500,000 |

| | | | | |
|---|---|---|---|---|
| 15 | Reflets ardents, 2006 | Chu Teh Chun | Oil on canvas 130 x 195cm | 1,200,000 |
| 16 | Mutation hivernale, 1987 | Chu Teh Chun | Oil on canvas 180 x 230cm | 1,500,000 |
| 17 | Untitled, 1968 | Chu Teh Chun | Oil on canvas 200 x 162cm | 2,000,000 |
| 18 | Promesse de la terre, 1964 | Chu Teh Chun | Oil on canvas 195 x 130cm | 2,000,000 |
| 19 | Au fond de l'espace, 1996 | Chu Teh Chun | Oil on canvas 195 x 130cm | 1,500,000 |
| 20 | Vent debout, 1989 | Chu Teh Chun | Oil on canvas, dyptich 200 x 360cm | 1,800,000 |
| 21 | Printemps hivernal, 1984 | Chu Teh Chun | Oil on canvas 195 x 130cm | 1,500,000 |
| 22 | Eclaircie, 1995 | Chu Teh Chun | Oil on canvas 200 x 300cm | 1,800,000 |
| 23 | Composition abstraite, circa 1970/71 | Chu Teh Chun | Oil on canvas 150 x 248cm | 1,800,000 |
| 24 | Echos surgit du tréfonds, 1996 | Chu Teh Chun | Oil on canvas 200 x 250cm | 1,800,000 |
| 25 | Arrière saison, 1968-1971 | Chu Teh Chun | Oil on canvas 162 x 130cm | 1,800,000 |
| 26 | Lumière captive, 1991-1992 | Chu Teh Chun | Oil on canvas 130 x 162cm | 1,500,000 |
| 27 | Au fond des Ciels, 1983 | Chu Teh Chun | Oil on canvas 160 x 80cm | 1,000,000 |
| 28 | N°40, 1959 | Chu Teh Chun | Oil on canvas 116 x 81cm | 1,000,000 |
| 29 | N°286, 1968 | Chu Teh Chun | Oil on canvas 100 x 100cm | 800,000 |
| 30 | L'air embrasé, 1983-1984 | Chu Teh Chun | Oil on canvas 195 x 260cm | 1,500,000 |
| 31 | Printemps précoce, Avril 1985 | Chu Teh Chun | Oil on canvas, dyptich 195 x 260cm | 1,500,000 |
| 32 | Dynamisme rouge, 1972 | Chu Teh Chun | Oil on canvas 240 x 193cm | 1,500,000 |
| 33 | Untitled N°187 | Chu Teh Chun | Oil on canvas 130 x 97cm | 500,000 |
| 34 | Untitled N°260, 1966 | Chu Teh Chun | Oil on canvas 120 x 60cm | 800,000 |
| 35 | Untitled, 1968 | Chu Teh Chun | Oil on canvas 161 x 128cm | 1,000,000 |
| 36 | Canal du loing | Alfred Sisley | 54 x 73.5cm | 1,800,000 |
| 37 | Composition (fond orange) | Andre Lanskoy | 98 x 195cm | 70,000 |
| 38 | Protection (fond noir) | Andre Lanskoy | 146 x 96cm | 100,000 |
| 39 | The complete Ad Set | Andy Warhol | 56 x 56cm | 3,300,000 |
| 40 | Flowers (Orange and Pink) | Andy Warhol | 56 x 56cm | 2,200,000 |
| 41 | Autoportrait | Andy Warhol | 10 x 7cm | 20,000 |
| 42 | T renverse avec collage | Antoni Tapies | 145 x 89cm | 250,000 |
| 43 | Femme accroupie | Auguste Rodin | Plaster 20 x 28 x 32cm | 900,000 |

2

| | | | | | |
|---|---|---|---|---|---|
| | 44 | Femme accroupie | Auguste Rodin | Bronze 20 x 28 x 32cm | 600,000 |
| | 45 | Le repos du moissonneur, 1887 | Camille PISSARRO | Gouache on paper 52.5 x 63.5cm | 2,500,000 |
| | 46 | Feminine Bust | Chana Orloff | 71 x 37cm | 150,000 |
| | 47 | Women with coffee table | David LaChapelle | 111 x 151cm | 30,000 |
| | 48 | Romeo with Contraceptive Ghost, 1981 | Edward Joseph Ruscha IV | 305 x 137cm | 1,000,000 |
| RETURNED ART TRANSIT | 49 | Diva | Fernando Botero | 45 x 35cm | 50,000 |
| | 50 | a couple drinking | Fernando Botero | 98 x 132cm | 150,000 |
| | 51 | a family | Fernando Botero | 98 x 136cm | 100,000 |
| | 52 | maternity | Fernando Botero | 101 x 72cm | 60,000 |
| | 53 | Card Players | Fernando Botero | 80 x 67cm | 60,000 |
| | 54 | The Street | Fernando Botero | 101 x 72cm | 60,000 |
| | 55 | A Family | Fernando Botero | 165 x 171cm | 100,000 |
| | 56 | Natura Morta | Giorgio Morandi | 65 x 55cm | 1,100,000 |
| | 57 | Le defenseur | H.Daumier | 20 x 27.5cm | 600,000 |
| | 58 | Dedicasse a Morris Pinto | Jean Dubuffet | | 200,000 |
| | 59 | Bache | Keith Haring | 356 x 245cm | 2,000,000 |
| | 60 | La Locomotive | Lionel Feininger | 38 x 30cm | 100,000 |
| | 61 | Masks, Gelmeroda | Lionel Feininger | 20 x 15cm | 50,000 |
| | 62 | Dama a Caballo | Manolo Valdes | 229 x 189cm | 160,000 |
| | 63 | Retracto de dama | Manolo Valdes | 230 x 170cm | 160,000 |
| | 64 | Caballero I (fondo verde) | Manolo Valdes | 229 x 189cm | 160,000 |
| | 65 | Desnudo sobre fondo gris | Manolo Valdes | 190 x 140cm | 160,000 |
| RETURNED | 66 | Couple a l'oiseau vert | Marc Chagall | 36 x 27cm | 50,000 |
| ART TRANSIT | 67 | La Carmagnole, 1927 | Max ERNST | Oil on canvas 72 x 92cm | 3,000,000 |
| | 68 | Composition aux oiseaux fond bleu | Max ERNST | 128 x 95cm | 2,500,000 |
| | 69 | Les invites du dimanche | Max ERNST | 77 x 87cm | 3,000,000 |
| | 70 | La famille nombreuse | Max ERNST | 99 x 80cm | 2,000,000 |
| | 71 | Picador et femme | Pablo Picasso | 65 x 50cm | 400,000 |
| | 72 | Mousquetaire Buste | Pablo Picasso | 73 x 60cm | 1,300,000 |
| RETURNED | 73 | Tete d'homme | Pablo Picasso | 55 x 46cm | 800,000 |
| TO ART TRANSIT | 74 | Colombe | Pablo Picasso | 38 x 27cm | 250,000 |
| | 75 | Peinture, 6 decembre 1954 | Pierre Soulages | 92 x 64cm | 1,000,000 |
| | 76 | Peinture | Pierre Soulages | 92 x 73cm | 600,000 |
| | 77 | La Plage | Victor Brauner | 72 x 87cm | 200,000 |
| | 78 | Untitled, Blue Sponge | Yves Klein | 22 x 18 x 8cm | 700,000 |
| | 79 | Sans titre | Zao Wou-Ki | 78 x 98cm | 300,000 |
| | 80 | Untitled | Zao Wou-Ki | 130 x 97cm | 6,300,000 |
| NEVER RECEIVED | 81 | 09.01.63 | Zao Wou Ki | 130 x 195 cm | 9,500,000 |

(the "Works")

a. <u>CONSIGNMENT.</u> The Works will be delivered to Consignee at Helu-trans (HK) Pte Ltd. In the event that Consignee sells any of the Works, Consignee will immediately pay Consignor upon receipt of funds by Consignee's client.

b. Consignor represents and warrants to Consignee that the transfer of titles to Consignee shall be free and clear of all liens and encumbrances. Clear titles to the Works shall vest when Consignor receives and collects the Consignment Price in full.

c. Payment to Consignor shall be made by the Consignee immediately upon full receipt of payment from his client.

2. INSURANCE AND SHIPPING. Consignee shall insure the Works against all risks in the amount of US$95.69 Million while they are in Consignee's possession ("In Consignee's possession") means the time the Works leave Consignor's space until they are physically returned to it.

3. NOTICES. Any notices relating to this transaction shall be in writing and delivered by facsimile or electronic mail to the person or entity entitled to receive such notice as specified at the outset of this Agreement.

4. GOVERNING LAW. This transaction shall be governed by and construed in accordance with the laws of Republic of China without giving effect to its choice of law rules. In the event of a dispute, the parties consent to the jurisdiction of the courts sitting in Hong Kong. This Agreement will be construed without regard to any presumption or rule of construction to the effect that a written agreement will be construed against the party that drafted such agreement. The parties hereto consent and submit to the jurisdiction of the courts sitting in Hong Kong.

5. MERGER. This Agreement is the entire contract by and between the parties hereto with respect to the subject matter herein. Any and all prior discussions, correspondence, understandings, agreements and/or representations are merged herein and have no further force or effect whatsoever. The parties hereto waive any and all claims heretofore in existence against each other pertaining to this Agreement.

6. COUNTERPARTS. This Agreement may be executed in counterparts and by facsimile, each of which, when executed and delivered, shall be deemed an original for all purposes, and such counterparts together shall constitute one instrument.

CONSIGNEE: Milocci Limited dba de Sarthe Gallery

By: ______________________

CONSIGNOR: Connaught Asia Development Limited

By: ______________________

## CONSIGNMENT AGREEMENT

Dated: September 22, 2016

Parties: HYOJA SA
Mossfon Building, 2nd Floor,
East 54th Street
Panama

("Consignor")

Milocci Limited dba de Sarthe Gallery
8F Club Lusitano
6 Ice House Street
Central, Hong Kong

("Consignee")

Works:

| No. | Title and Year | Artist Name | Media and Size | Value (USD) |
|---|---|---|---|---|
| 1 | Untitled, 1958 | Chu Teh-Chun | Oil on canvas 100.5 x 81.5 cm | 800,000 |
| 2 | Untitled, 1956 | Chu Teh-Chun | Oil on canvas 73.5 x 60.5 cm | 600,000 |
| 3 | Untitled, 1974 | Chu Teh-Chun | Oil on canvas 60 x 60 cm | 400,000 |
| 4 | La tempête s'eloigne, 1997 | Chu Teh-Chun | Oil on canvas 150 x 150 cm | 1,500,000 |
| 5 | Nuances fèeriques, 1990 | Chu Teh-Chun | Oil on canvas 114.5 x 146 cm | 1,600,000 |
| 6 | Untitled, 1958 | Chu Teh-Chun | Oil on canvas 162 x 114 cm | 2,000,000 |
| 7 | Feuille rouge, 1970 | Chu Teh-Chun | Oil on canvas 146 x 114 cm | 1,000,000 |
| 8 | Inspiration hivernale – aquarelle, 1987 | Chu Teh-Chun | Oil on paper 57 x 76.5 cm | 300,000 |
| 9 | Untitled, 2007 | Chu Teh-Chun | Oil on canvas Triptych 195 x 260 cm | 1,500,000 |
| 10 | Composition abstraite, circa 1970 | Chu Teh-Chun | Oil on canvas 191 x 128 cm | 1,000,000 |
| 11 | Untitled, 1994 | Chu Teh-Chun | Oil on canvas 130.5 x 194.5 cm | 1,500,000 |
| 12 | Formes archaïques, 1958 | Chu Teh-Chun | Oil on canvas 64.5 x 53 cm | 600,000 |

| | | | | |
|---|---|---|---|---|
| 13 | La chute du temps, 1991 | Chu Teh-Chun | Oil on canvas<br>195 x 130.5 cm | 1,500,000 |
| 14 | L'air embrace N°4, 15 décembre, 1979 | Chu Teh-Chun | Oil on canvas<br>162 x 127 cm | 1,500,000 |
| 15 | Reflets ardents, 2006 | Chu Teh-Chun | Oil on canvas<br>128 x 193 cm | 1,200,000 |
| 16 | Mutation hivernale, 1987 | Chu Teh-Chun | Oil on canvas<br>180 x 230.5 cm | 1,500,000 |
| 17 | Untitled, 1968 | Chu Teh-Chun | Oil on canvas<br>202.5 x 161 cm | 2,000,000 |
| 18 | AU fodn de l'espace, 1996 | Chu Teh-Chun | Oil on canvas<br>195 x 130 cm | 1,500,000 |
| 19 | Vent debout, 1989 | Chu Teh-Chun | Oil on canvas<br>Diptych<br>200 x 360 cm | 1,800,000 |
| 20 | Printemps hivernal, 1986-87 | Chu Teh-Chun | Oil on canvas<br>195.5 x 130.5 cm | 1,500,000 |
| 21 | Eclaircie, 1995 | Chu Teh-Chun | Oil on canvas<br>200 x 300 cm | 1,800,000 |
| 22 | Composition abstraite, circa 1970-71 | Chu Teh-Chun | Oil on canvas<br>146 X 245 cm | 1,800,000 |
| 23 | Echos surgit du tréfonds, 1996 | Chu Teh-Chun | Oil on canvas<br>199.5 x 250 cm | 1,800,000 |
| 24 | Arrière saison, 1968-1971 | Chu Teh-Chun | Oil on canvas<br>161 x 129 cm | 1,800,000 |
| 25 | Lumière captive, 1991-1992 | Chu Teh-Chun | Oil on canvas<br>130.5 x 162 cm | 1,500,000 |
| 26 | Au fond des Ciels, 1983 | Chu Teh-Chun | Oil on canvas<br>160 x 80 cm | 1,000,000 |
| 27 | AU bord de la rivière, 1959 (N°40) | Chu Teh-Chun | Oil on canvas<br>116 x 81 cm | 1,000,000 |
| 28 | N°286, 1968 | Chu Teh-Chun | Oil on canvas<br>99 x 99 cm | 800,000 |
| 29 | L'air embrace, 1982-1984 | Chu Teh-Chun | Oil on canvas<br>195 x 260 cm | 1,500,000 |
| 30 | Printemps précoce, 1985 | Chu Teh-Chun | Oil on canvas<br>Diptych<br>194 x 259 cm | 1,500,000 |
| 31 | Dynamisme rouge, 1972 | Chu Teh-Chun | Oil on canvas<br>240.5 x 195 cm | 1,500,000 |
| 32 | Untitled N° 187, 1964-65 | Chu Teh-Chun | Oil on canvas<br>130 x 97 cm | 500,000 |
| 33 | Untitled N° 260, 1966 | Chu Teh-Chun | Oil on canvas<br>120 x 60 cm | 800,000 |
| 34 | Untitled, 1968 | Chu Teh-Chun | Oil on canvas<br>162.5 x 127.5 cm | 1,000,000 |
| 35 | Canal du loing, 1885 | Alfred Sisley | Oil on canvas<br>54 x 73.5 cm | 1,800,000 |

9

| | | | | |
|---|---|---|---|---|
| 36 | Composition (fond orange) | Andre Lanskoy | 98 x 195 cm | 70,000 |
| 37 | Protection (fond noir) | Andre Lanskoy | 146 x 96 cm | 100,000 |
| 38 | The complete Ad Set | Andy Warhol | 56 x 56 cm each (total 10 pcs) | 3,300,000 |
| 39 | Flower, 1965 | Andy Warhol | Silkscreen ink on linen 55.9 x 55.9 cm | 2,200,000 |
| 40 | Autoportrait | Andy Warhol | 10 x 7 cm | 20,000 |
| 41 | T renverse avec collage, 1972 | Antoni Tapies | Mixed media and fabric collage 146.1 x 88.9 cm | 250,000 |
| 42 | Femme accroupie | Auguste Rodin | Plaster 20 x 28 x 32 cm | 900,000 |
| 43 | Femme accroupie | Auguste Rodin | Bronze 20 x 28 x 32 cm | 600,000 |
| 44 | Le repos du moissonneur, 1887 | Camille Pissarro | Gouache on paper 53 x 65 cm | 2,500,000 |
| 45 | Feminine Bust | Chana Orloff | 71 x 37 cm | 150,000 |
| 46 | Women with coffee table | David LaChapelle | 111 x 151 cm | 30,000 |
| 47 | Romeo, with Contraceptive Ghost, 1980 | Edward Joseph Ruscha IV | Oil on canvas 304 .8 x 137.2 cm | 1,000,000 |
| 48 | A couple drinking | Fernando Botero | 98 x 132 cm | 150,000 |
| 49 | A family, 2011 | Fernando Botero | 98 x 136 cm | 100,000 |
| 50 | Maternity | Fernando Botero | 101 x 72 cm | 60,000 |
| 51 | Card Players | Fernando Botero | 80 x 67 cm | 60,000 |
| 52 | The Street | Fernando Botero | 101 x 72 cm | 60,000 |
| 53 | A family, 2010 | Fernando Botero | 165 x 171 cm | 100,000 |
| 54 | Natura Morta, 1951 | Giorgio Morandi | Oil on canvas 35.4 x 45.4 cm | 1,100,000 |
| 55 | Le defenseur | H. Daumier | 20 x 27.5 cm | 600,000 |
| 56 | Dedicasse a Morris Pinto, May 1967 | Jean Dubuffet | 26.8 x 21 cm each (total 20 pcs) | 200,000 |
| 57 | Untitled, 1986 | Keith Haring | Oil and acrylic on canvas 245 x 369 cm | 2,000,000 |
| 58 | La Locomotive | Lionel Feininger | 8 x 15 cm | 100,000 |
| 59 | Masks, Gelmeroda | Lionel Feininger | 19.6 x 14.5 cm | 50,000 |
| 60 | Dama a Caballo | Manolo Valdes | 229 x 189 cm | 160,000 |
| 61 | Retracto de dama | Manolo Valdes | 230 x 170 cm | 160,000 |

| | | | | |
|---|---|---|---|---|
| 62 | Caballero I (fondo verde) | Manolo Valdes | 229 x 189 cm | 160,000 |
| 63 | Desnudo sobre fondo gris | Manolo Valdes | 190 x 140 cm | 160,000 |
| 64 | La Carmagnole, 1927 | Max Ernst | Oil on canvas 73.1 x 92.5 cm | 3,000,000 |
| 65 | Composition aux oiseaux fond bleu, 1973 | Max Ernst | Oil on canvas 130 x 97 cm | 2,500,000 |
| 66 | Les invites du dimanche, 1934 | Max Ernst | Oil on canvas 55 x 65 cm | 3,000,000 |
| 67 | La famille nombreuse | Max Ernst | Oil on canvas 99 x 80 cm | 2,000,000 |
| 68 | Picador et femme, 8.6.1960 (IV) | Pablo Picasso | Ink wash on paper 66 x 51.5 cm | 400,000 |
| 69 | Mousquetaire Buste | Pablo Picasso | 73 x 60 cm | 1,300,000 |
| 70 | Tete d'homme | Pablo Picasso | 55 x 46 cm | 800,000 |
| 71 | Colombe de la Paix, July 8, 1956 | Pablo Picasso | Oil stick on paper 36.5 x 27.1 cm | 250,000 |
| 72 | Peinture, 6 decembre 1954 | Pierre Soulages | Oil on canvas 92 x 65 cm | 1,000,000 |
| 73 | Peinture, 3 Avril 1974 | Pierre Soulages | Oil on canvas 92 x 73 cm | 600,000 |
| 74 | La Plage | Victor Brauner | 72 x 87 cm | 200,000 |
| 75 | Untitled, Blue Sponge | Yves Klein | 22 x 18 x 8 cm | 700,000 |
| 76 | Untitled, 1961 | Zao Wou-Ki | Oil on canvas 78 x 98 cm | 300,000 |
| 77 | 09.01.63 | Zao Wou-Ki | Oil on canvas 130 x 195 cm | 9,500,000 |
| 78 | N° 185 | Chu Teh-Chun | Oil on canvas 89 x 117 cm | 1,000,000 |
| 79 | Portrait de femme (Dora Maar), 1939 | Pablo Picasso | Oil on panel 59.7 x 45.1 cm | 12,000,000 |

(the "Works")

1. <u>CONSIGNMENT</u>

a) The Works was delivered to Helutrans (HK) Pte Ltd. In the event that Consignee sells any of the Works, Consignee will immediately pay Consignor upon receipt of funds by Consignee's client.

b) Consignor represents and warrants to Consignee that the transfer of titles to Consignee shall be free and clear of all liens and encumbrances. Clear titles to the Works shall vest when Consignor receives and collects the Consignment Price in full.

c) Payment to Consignor shall be made by the Consignee immediately upon full receipt of payment from his client.

2. INSURANCE

Consignee shall insure the Works against all risks in the amount of US$100.29 Million (One Hundred Million Two Hundred and Ninety Thousand US Dollars) while they are in Consignee's possession ("In Consignee's possession") means the time the Works leaves Consignor's space until it is physically returned to it.

3. INVOICE

Any notices relating to this transaction shall be in writing and delivered by facsimile or electronic mail to the person or entity entitled to receive such notice specified at the outset of this Agreement.

4. GOVERNING LAW

This transaction shall be governed by and construed in accordance with the laws of Hong Kong without giving effect to its choice of law rules. In the event of a dispute, the parties consent to the exclusive jurisdiction of the courts sitting in Hong Kong. This Agreement will be construed without regard to any presumption or rule of construction to the effect that a written agreement will be construed against the party that drafted such agreement. The parties hereto consent and submit to the jurisdiction of the courts sitting in Hong Kong.

5. MERGER

This Agreement is the entire contract by and between the parties hereto with respect to the subject matter herein. Any and all prior discussions, correspondence, understandings, agreements and/or representations are merged herein and have no further force or effect whatsoever. The parties hereto waive any and all claims heretofore in existence against each other pertaining to this Agreement.

6. COUNTERPARTS

This Agreement may be executed in counterparts and by facsimile, each of which, when executed and delivered, shall be deemed an original for all purposes, and such counterparts together shall constitute one instrument.

CONSIGNEE: Milocci Limited dba de Sarthe Gallery

Gallery de Sarthe

By: ____________________
Pascal de Sarthe

CONSIGNOR: HYOJA SA

By: ____________________
George de Bartha

# CONSIGNMENT AGREEMENT

Dated: January 21, 2017

Parties: CARNAC INVESTMENT LIMITED
CBH House
East Bay Street
P.O.Box N-1724
Nassau Bahamas

("Consignor")

MILOCCI LIMITED dba de Sarthe Gallery
20th Floor, Global Trade Square
No. 21 Wong Chuk Hang Road
Hong Kong

("Consignee")

Works:

| No. | Title and Year | Artist Name | Media and Size | Value (USD) |
|---|---|---|---|---|
| 1 | Untitled, 1958 | Chu Teh-Chun | Oil on canvas 100.5 x 81.5 cm | 800,000 |
| 2 | Untitled, 1956 | Chu Teh-Chun | Oil on canvas 73.5 x 60.5 cm | 600,000 |
| 3 | Untitled, 1974 | Chu Teh-Chun | Oil on canvas 60 x 60 cm | 400,000 |
| 4 | La tempète s'eloigne, 1997 | Chu Teh-Chun | Oil on canvas 150 x 150 cm | 1,500,000 |
| 5 | Nuances fèèriques, 1990 | Chu Teh-Chun | Oil on canvas 114.5 x 146 cm | 1,600,000 |
| 6 | Untitled, 1958 | Chu Teh-Chun | Oil on canvas 162 x 114 cm | 2,000,000 |
| 7 | Feuille rouge, 1970 | Chu Teh-Chun | Oil on canvas 146 x 114 cm | 1,000,000 |
| 8 | Inspiration hivernale – aquarelle, 1987 | Chu Teh-Chun | Oil on paper 57 x 76.5 cm | 300,000 |
| 9 | Untitled, 2007 | Chu Teh-Chun | Oil on canvas Triptych 195 x 260 cm | 1,500,000 |
| 10 | Composition abstraite, circa 1970 | Chu Teh-Chun | Oil on canvas 191 x 128 cm | 1,000,000 |
| 11 | Untitled, 1994 | Chu Teh-Chun | Oil on canvas 130.5 x 194.5 cm | 1,500,000 |
| 12 | Formes archaïques, 1958 | Chu Teh-Chun | Oil on canvas 64.5 x 53 cm | 600,000 |

| | | | | |
|---|---|---|---|---|
| 13 | La chute du temps, 1991 | Chu Teh-Chun | Oil on canvas 195 x 130.5 cm | 1,500,000 |
| 14 | L'air embrace N°4, 15 décembre, 1979 | Chu Teh-Chun | Oil on canvas 162 x 127 cm | 1,500,000 |
| 15 | Reflets ardents, 2006 | Chu Teh-Chun | Oil on canvas 128 x 193 cm | 1,200,000 |
| 16 | Mutation hivernale, 1987 | Chu Teh-Chun | Oil on canvas 180 x 230.5 cm | 1,500,000 |
| 17 | Untitled, 1968 | Chu Teh-Chun | Oil on canvas 202.5 x 161 cm | 2,000,000 |
| 18 | AU fodn de l'espace, 1996 | Chu Teh-Chun | Oil on canvas 195 x 130 cm | 1,500,000 |
| 19 | Vent debout, 1989 | Chu Teh-Chun | Oil on canvas Diptych 200 x 360 cm | 1,800,000 |
| 20 | Printemps hivernal, 1986-87 | Chu Teh-Chun | Oil on canvas 195.5 x 130.5 cm | 1,500,000 |
| 21 | Eclaircie, 1995 | Chu Teh-Chun | Oil on canvas 200 x 300 cm | 1,800,000 |
| 22 | Composition abstraite, circa 1970-71 | Chu Teh-Chun | Oil on canvas 146 X 245 cm | 1,800,000 |
| 23 | Echos surgit du tréfonds, 1996 | Chu Teh-Chun | Oil on canvas 199.5 x 250 cm | 1,800,000 |
| 24 | Arrière saison, 1968-1971 | Chu Teh-Chun | Oil on canvas 161 x 129 cm | 1,800,000 |
| 25 | Lumière captive, 1991-1992 | Chu Teh-Chun | Oil on canvas 130.5 x 162 cm | 1,500,000 |
| 26 | Au fond des Ciels, 1983 | Chu Teh-Chun | Oil on canvas 160 x 80 cm | 1,000,000 |
| 27 | AU bord de la rivière, 1959 (N°40) | Chu Teh-Chun | Oil on canvas 116 x 81 cm | 1,000,000 |
| 28 | N°286, 1968 | Chu Teh-Chun | Oil on canvas 99 x 99 cm | 800,000 |
| 29 | L'air embrace, 1982-1984 | Chu Teh-Chun | Oil on canvas 195 x 260 cm | 1,500,000 |
| 30 | Printemps précoce, 1985 | Chu Teh-Chun | Oil on canvas Diptych 194 x 259 cm | 1,500,000 |
| 31 | Dynamisme rouge, 1972 | Chu Teh-Chun | Oil on canvas 240.5 x 195 cm | 1,500,000 |
| 32 | Untitled N° 187, 1964-65 | Chu Teh-Chun | Oil on canvas 130 x 97 cm | 500,000 |
| 33 | Untitled N° 260, 1966 | Chu Teh-Chun | Oil on canvas 120 x 60 cm | 800,000 |
| 34 | Untitled, 1968 | Chu Teh-Chun | Oil on canvas 162.5 x 127.5 cm | 1,000,000 |
| 35 | Canal du loing, 1885 | Alfred Sisley | Oil on canvas 54 x 73.5 cm | 1,800,000 |
| 36 | Composition (fond orange) | Andre Lanskoy | 98 x 195 cm | 70,000 |

9

| | | | | |
|---|---|---|---|---|
| 37 | Protection (fond noir) | Andre Lanskoy | 146 x 96 cm | 100,000 |
| 38 | The complete Ad Set | Andy Warhol | 56 x 56 cm each (total 10 pcs) | 3,300,000 |
| 39 | Flower, 1965 | Andy Warhol | Silkscreen ink on linen 55.9 x 55.9 cm | 2,200,000 |
| 40 | Autoportrait | Andy Warhol | 10 x 7 cm | 20,000 |
| 41 | T renverse avec collage, 1972 | Antoni Tapies | Mixed media and fabric collage 146.1 x 88.9 cm | 250,000 |
| 42 | Femme accroupie | Auguste Rodin | Plaster 20 x 28 x 32 cm | 900,000 |
| 43 | Femme accroupie | Auguste Rodin | Bronze 20 x 28 x 32 cm | 600,000 |
| 44 | Le repos du moissonneur, 1887 | Camille Pissarro | Gouache on paper 53 x 65 cm | 2,500,000 |
| 45 | Feminine Bust | Chana Orloff | 71 x 37 cm | 150,000 |
| 46 | Women with coffee table | David LaChapelle | 111 x 151 cm | 30,000 |
| 47 | Romeo, with Contraceptive Ghost, 1980 | Edward Joseph Ruscha IV | Oil on canvas 304 .8 x 137.2 cm | 1,000,000 |
| 48 | A couple drinking | Fernando Botero | 98 x 132 cm | 150,000 |
| 49 | A family, 2011 | Fernando Botero | 98 x 136 cm | 100,000 |
| 50 | Maternity | Fernando Botero | 101 x 72 cm | 60,000 |
| 51 | Card Players | Fernando Botero | 80 x 67 cm | 60,000 |
| 52 | The Street | Fernando Botero | 101 x 72 cm | 60,000 |
| 53 | A family, 2010 | Fernando Botero | 165 x 171 cm | 100,000 |
| 54 | Natura Morta, 1951 | Giorgio Morandi | Oil on canvas 35.4 x 45.4 cm | 1,100,000 |
| 55 | Le defenseur | H. Daumier | 20 x 27.5 cm | 600,000 |
| 56 | Dedicasse a Morris Pinto, May 1967 | Jean Dubuffet | 26.8 x 21 cm each (total 20 pcs) | 200,000 |
| 57 | Untitled, 1986 | Keith Haring | Oil and acrylic on canvas 245 x 369 cm | 2,000,000 |
| 58 | La Locomotive | Lionel Feininger | 8 x 15 cm | 100,000 |
| 59 | Masks, Gelmeroda | Lionel Feininger | 19.6 x 14.5 cm | 50,000 |
| 60 | Dama a Caballo | Manolo Valdes | 229 x 189 cm | 160,000 |
| 61 | Retracto de dama | Manolo Valdes | 230 x 170 cm | 160,000 |
| 62 | Caballero I (fondo verde) | Manolo Valdes | 229 x 189 cm | 160,000 |
| 63 | Desnudo sobre fondo gris | Manolo Valdes | 190 x 140 cm | 160,000 |

| | | | | |
|---|---|---|---|---|
| 64 | La Carmagnole, 1927 | Max Ernst | Oil on canvas 73.1 x 92.5 cm | 3,000,000 |
| 65 | Composition aux oiseaux fond bleu, 1973 | Max Ernst | Oil on canvas 130 x 97 cm | 2,500,000 |
| 66 | Les invites du dimanche, 1934 | Max Ernst | Oil on canvas 55 x 65 cm | 3,000,000 |
| 67 | La famille nombreuse | Max Ernst | Oil on canvas 99 x 80 cm | 2,000,000 |
| 68 | Picador et femme, 8.6.1960 (IV) | Pablo Picasso | Ink wash on paper 66 x 51.5 cm | 400,000 |
| 69 | Mousquetaire Buste | Pablo Picasso | 73 x 60 cm | 1,300,000 |
| 70 | Tete d'homme | Pablo Picasso | 55 x 46 cm | 800,000 |
| 71 | Colombe de la Paix, July 8, 1956 | Pablo Picasso | Oil stick on paper 36.5 x 27.1 cm | 250,000 |
| 72 | Peinture, 6 decembre 1954 | Pierre Soulages | Oil on canvas 92 x 65 cm | 1,000,000 |
| 73 | Peinture, 3 Avril 1974 | Pierre Soulages | Oil on canvas 92 x 73 cm | 600,000 |
| 74 | La Plage | Victor Brauner | 72 x 87 cm | 200,000 |
| 75 | Untitled, Blue Sponge | Yves Klein | 22 x 18 x 8 cm | 700,000 |
| 76 | Untitled, 1961 | Zao Wou-Ki | Oil on canvas 78 x 98 cm | 300,000 |
| 77 | 09.01.63 | Zao Wou-Ki | Oil on canvas 130 x 195 cm | 9,500,000 |
| 78 | N° 185 | Chu Teh-Chun | Oil on canvas 89 x 117 cm | 1,000,000 |
| 79 | Portrait de femme (Dora Maar), 1939 | Pablo Picasso | Oil on panel 59.7 x 45.1 cm | 12,000,000 |

(the "Works")

1. <u>CONSIGNMENT</u>

a) The Works was delivered to Helutrans (HK) Pte Ltd. In the event that Consignee sells any of the Works, Consignee will immediately pay Consignor upon receipt of funds by Consignee's client.

b) Consignor represents and warrants to Consignee that the transfer of titles to Consignee shall be free and clear of all liens and encumbrances. Clear titles to the Works shall vest when Consignor receives and collects the Consignment Price in full.

c) Payment to Consignor shall be made by the Consignee immediately upon full receipt of payment from his client.

2. INSURANCE

Consignee shall insure the Works against all risks in the amount of US$100.29 Million (One Hundred Million Two Hundred and Ninety Thousand US Dollars) while they are in Consignee's possession ("In Consignee's possession") means the time the Works leaves Consignor's space until it is physically returned to it.

3. INVOICE

Any notices relating to this transaction shall be in writing and delivered by facsimile or electronic mail to the person or entity entitled to receive such notice specified at the outset of this Agreement.

4. GOVERNING LAW

This transaction shall be governed by and construed in accordance with the laws of Hong Kong without giving effect to its choice of law rules. In the event of a dispute, the parties consent to the exclusive jurisdiction of the courts sitting in Hong Kong. This Agreement will be construed without regard to any presumption or rule of construction to the effect that a written agreement will be construed against the party that drafted such agreement. The parties hereto consent and submit to the jurisdiction of the courts sitting in Hong Kong.

5. MERGER

This Agreement is the entire contract by and between the parties hereto with respect to the subject matter herein. Any and all prior discussions, correspondence, understandings, agreements and/or representations are merged herein and have no further force or effect whatsoever. The parties hereto waive any and all claims heretofore in existence against each other pertaining to this Agreement.

6. COUNTERPARTS

This Agreement may be executed in counterparts and by facsimile, each of which, when executed and delivered, shall be deemed an original for all purposes, and such counterparts together shall constitute one instrument.

CONSIGNEE: Milocci Limited dba de Sarthe Gallery

By: ______________________
Pascal de Sarthe

CONSIGNOR: CARNAC INVESTMENT LIMITED

By: ______________________
George de Bartha

# FW: Albemarle Fine Art Limited

From: Georges de Bartha <gdb@gdbfinearts.ch>
Sent: Wed, 18 Dec, 2019 at 10:57 pm
To: monica@desarthe.com

Certificate of Incorporation.pdf (239.4 KB) M&A.pdf (379.8 KB) 2019.6.20 - COI.pdf (432.6 KB) – **Download all**

Dear Monica,

Further to yesterday's mail, I omitted to tell you that Carnac has also been absorbed by Albermarle Fine Art Ltd. Please transfer all present holdings to this new company.

Thank you and best regards
George

---

**From:** Georges de Bartha <gdb@gdbfinearts.ch>
**Date:** Monday, 16 December 2019 at 12:54
**To:** "monica@desarthe.com" <monica@desarthe.com>
**Subject:** FW: Albemarle Fine Art Limited

Dear Monica,

This is to inform you, that Hyoja SA has sold all their assests to Albermarle Fine Art Ltd. I therefore would like to ask you to no longer use Hyoja for future transactions. Herewith for your records, also all account details:

**CHF**

Beneficiary Bank: EFG Bank S.A Zurich (Switzerland)
Swift Code: EFGBCHZZ
Beneficiary: ALBEMARLE FINE ART LIMITED
IBAN: [redacted]1 [redacted]8 1110 3

**USD**

Beneficiary Bank: EFG Bank S.A Zurich (Switzerland)
Swift Code: EFGBCHZZ
Beneficiary: ALBEMARLE FINE ART LIMITED
IBAN: [redacted]1 [redacted]8 1120 0

**EUR**

Beneficiary Bank: EFG Bank S.A Zurich (Switzerland)
Swift Code: EFGBCHZZ
Beneficiary: ALBEMARLE FINE ART LIMITED
IBAN: [redacted]5 [redacted]8 1130 8

With my best regards

George

# CONSIGNMENT AGREEMENT

Albemarle Fine Art Limited
25 Chesham Mews
London SW1X 8HS
"The Consignor"

Milocci Limited t/a de Sarthe Gallery
20/F Global Trade Square
21 Wong Chuk Hang Road
Hong Kong
"The Consignee"

Works:

Listed in Exhibit A (Total of works: 59)

"The Artworks"

This Agreement is entered into as of 2 January 2020, by and between Milocci Limited t/a de Sarthe Gallery, 20/F, Global Trade Square, 21 Wong Chuk Hang Road, Hong Kong, hereafter referred to as "The Consignee" and Albemarle Fine Art Limited, 25 Chesham Mews, London SW1X 8HS, hereafter referred to as "The Consignor".

WHEREAS, in order to sell in works of art, hereafter referred to as "The Artwork". THEREFORE, the parties hereto agree as follows:

1. The Consignor hereby authorize The Consignee to sell The Artworks on behalf.

2. The Consignor hereby permit and authorize The Consignee to take photos, digitals scan or photo copies of The Artworks. The Consignor to give further authorize the use of the artworks, artworks images, artist name, age of artist, and details for the promotion and advertisement.

3. The Consignor agrees to pay The Consignee a commission for the sale and The Consignee will issue a Debit Note to The Consignor for the commission. The commission will be determined by The Consignor case by case basis at the time of sale. This commission will be deducted from the fund upon receiving the Debit Note from The Consignee.

4. The Consignor agrees to re-invest the proceed from sale of The Artworks and keep this amount in The Consignor bank account.

Gallery de Sarthe

5. The Consignee agrees to use the profit, hereafter referred to as "The Investment Fund" to invest in a, or, a few artworks. The Consignee will inform The Consignor of which artwork will be purchased. Each transaction is unique.

6. INSURANCE. The Consignee will keep The Artworks insured under its worldwide insurance policy.

7. SHIPPING AND WAREHOUSE. The Consignor shall be liable for the costs of shipping, warehousing, handling and safekeeping The Artworks until title to and possession of The Artworks have transferred to a buyer.

8. CONFIDENTIALITY. The Parties shall keep the existence and terms of this Agreement strictly confidential, neither or which shall be disclosed directly or indirectly to any third party, except professionals, consultants, and agents who provide services in connection with this transaction.

9. ENTIRE AGREEMENT. This Agreement represents the entire understanding of the Parties and supersedes any and all other and prior agreements between and among the Parties. This Agreement will be construed without regard to any presumption or rule of construction to the effect that a written agreement will be construed against the Party that drafted such agreement. This Agreement shall be for the benefit of and be binding upon the heirs, successors and assigns of the Parties.

10. FORCE MAJEURE. Neither Party will be liable for performance delays or for non-performance due to causes beyond such Party's reasonable control and the time for any performance so affected shall be extended by the duration of the intervening cause.

11. NOTICE. Notices relating to this Agreement shall be sent by overnight mail with copy by electronic mail.

Notice to The Consignr shall be sent to the following:

Albemarle Fine Art Limited
25 Chesham Mews
London SW1X 8HS

Notice to the Consignee shall be sent to the following:

Milocci Limited t/a de Sarthe Gallery
20/F Global Trade Square
21 Wong Chuk Hang Road
Hong Kong

14. MISCELLANEOUS. Choice of Law. This transaction shall be governed by and construed in accordance with the laws of Hong Kong without giving effect to its choice of law rules. In the event of a dispute, the parties consent to the jurisdiction and venue of the courts sitting in Hong Kong.

Gallery de Sarthe

15. EXECUTION. This Agreement may be executed via facsimile and electronic mail (pdf) and facsimile or electronic mail copies of signatures to this Agreement shall have the same force and effect as original signatures.

The Consignor:
Albemarle Fine Art Limited

By: ____________________
Georges de Bartha

The Consignee:

By: ____________________
Pascal de Sarthe

## EXHIBIT A

TOTAL VALUE: 192,280,000

| Item No | Stock No. | Title and Year | Artist Name | Image | Size (HxL) | Media | Value (USD) |
|---|---|---|---|---|---|---|---|
| 1 | OR001 | Canal du loing | Alfred Sisley |  | 54 x 73.5 cm | | 3,800,000 |
| 2 | OR002 | Composition (fond orange) | Andre Lanskoy |  | 98 x 195cm | | 100,000 |
| 3 | OR003 | Autoportrait | Andy Warhol |  | 10 x 7 cm | | 20,000 |
| 4 | OR004 | Eve apres le peche, circa 1900-1915 | Auguste Rodin |  | 79 x 30 x 30 cm | White mable | 9,000,000 |
| 5 | OR005 | Etude Ete, 1975 | Brice Marden (b. 1938) |  | 102 x 70 cm | Oil on canvas | 1,000,000 |
| 6 | OR006 | Feminine Bust | Chana Orloff |  | 71 x 37cm | | 150,000 |
| 7 | OR007 | Untitled, 1956 | Chu Teh Chun |  | 73 x 60cm | Oil on canvas | 1,000,000 |
| 8 | OR008 | Untitled, 1974 | Chu Teh Chun |  | 60 x 61cm | Oil on canvas (TOP LEFT & RIGHT CREASED) | 800,000 |
| 9 | OR009 | Nuances féériques, 1990 | Chu Teh Chun |  | 114 x 146cm | Oil on canvas | 1,200,000 |
| 10 | OR010 | Untitled, 1958 | Chu Teh Chun |  | 162 x 114cm | Oil on canvas | 2,500,000 |
| 11 | OR011 | Feuille rouge, 1970 | Chu Teh Chun |  | 146 x 114cm | Oil on canvas (TOP RIGHT CREASED) | 3,000,000 |
| 12 | OR012 | Untitled, 2007 | Chu Teh Chun |  | 195 x 130 each x 2pcs (195 x 260 cm overall) | Oil on canvas | 4,000,000 |
| 13 | OR013 | Composition abstraite, circa 1970 | Chu Teh Chun |  | 193.2 x 130cm | Oil on canvas | 2,000,000 |
| 14 | OR014 | Untitled, 1994 | Chu Teh Chun |  | 130.5 x 195cm | Oil on canvas | 2,000,000 |
| 15 | OR015 | Formes archaïques, 1958 | Chu Teh Chun |  | 64.5 x 53cm | Oil on canvas | 1,000,000 |
| 16 | OR016 | La chute du temps, 1991 | Chu Teh Chun |  | 195 x 130.5cm | Oil on canvas | 2,000,000 |
| 17 | OR017 | L'air embrasé N°4, 1979 | Chu Teh Chun |  | 162 x 127cm | Oil on canvas | 1,500,000 |



Gallery de Sartne

| Item No | Stock No. | Title and Year | Artist Name | Image | Size (HxL) | [illegible] | Value (USD) |
|---|---|---|---|---|---|---|---|
| 18 | OR018 | Reflets ardents, 2006 | Chu Teh Chun |  | 130 x 195cm | Oil on canvas | 2,000,000 |
| 19 | OR019 | Untitled, 1968 | Chu Teh Chun |  | 202.5 x 161cm | Oil on canvas | 8,000,000 |
| 20 | OR020 | Au fond de l'espace, 1996 | Chu Teh Chun |  | 195 x 130cm | Oil on canvas | 2,000,000 |
| 21 | OR021 | Vent debout, 1989 | Chu Teh Chun |  | 200 x 180 each(200 x 360 overall) | Oil on canvas | 8,000,000 |
| 22 | OR022 | Composition abstraite, circa 1970-1971 | Chu Teh Chun |  | 146 x 245cm | Oil on canvas | 4,000,000 |
| 23 | OR023 | Echos surgit du tréfonds, 1996 | Chu Teh Chun |  | 200 x 250cm | Oil on canvas | 3,500,000 |
| 24 | OR024 | Lumière captive, 1991-1992 | Chu Teh Chun |  | 130.5 x 162cm | Oil on canvas | 2,500,000 |
| 25 | OR025 | Au fond des Ciel. 1983 | Chu Teh Chun |  | 160 x 80cm | Oil on canvas | 1,000,000 |
| 26 | OR026 | Au bord de la rivière, 1959 (No. 40) | Chu Teh Chun |  | 116 x 81cm | Oil on canvas | 5,000,000 |
| 27 | OR027 | N°286, 1968 | Chu Teh Chun |  | 99 x 99cm | Oil on canvas | 2,000,000 |
| 28 | OR028 | L'air embrasé, 1983 | Chu Teh Chun |  | 195 x 260cm overall | Oil on canvas, Diptych (TOP GOT SCHETCH) | 4,000,000 |
| 29 | OR029 | Dynamisme rouge, 1972 | Chu Teh Chun |  | 240.5 x 195cm | Oil on canvas | 4,000,000 |
| 30 | OR030 | Untitled N°250, 1966 | Chu Teh Chun |  | 120 x 60cm | Oil on canvas | 1,200,000 |
| 31 | OR031 | No. 185, 1964 | Chu Teh Chun |  | 89 x 117 cm | Oil on canvas | 1,500,000 |
| 32 | OR032 | Inspiration hivernale - aquarelle, 1987 | Chu Teh Chun |  | 57x76.5cm | Oil on paper | 800,000 |
| 33 | OR033 | Women with coffee table | David LaChapelle |  | 111 x 151cm | | 30,000 |
| 34 | OR034 | Le defenseur | H.Daumier |  | 20 x 27.5cm | Watercolor and charcoal | 1,000,000 |

Gallery de Sarthe

| Item No | Stock No. | Title and Year | Artist Name | Image | Size (HxL) | Media | Value (USD) |
|---|---|---|---|---|---|---|---|
| 35 | OR035 | Untitled,1986 | Keith Haring |  | 245 x 369 cm | | 6,000,000 |
| 36 | OR036 | La Locomotive | Lionel Feininger |  | 8 x 15 cm | | 30,000 |
| 37 | OR037 | Masks - Gelmeroda | Lionel Feininger |  | 19.6 x 14.5 cm | | 50,000 |
| 38 | OR038 | La Carmagnole, 1927 | Max ERNST |  | 73.1 x 92.5 cm | Oil on canvas | 3,000,000 |
| 39 | OR039 | Composition aux oiseaux fond bleu, 1973 | Max ERNST |  | 130 x 97 cm | | 2,500,000 |
| 40 | OR040 | Les invites du dimanche, 1924 | Max ERNST |  | 55 x 65 cm | Oil on canvas | 3,000,000 |
| 41 | OR041 | La famille nombreuse, 1928 | Max ERNST |  | 99 x 80cm | | 2,000,000 |
| 42 | OR042 | Mousquetaire Buste | Pablo Picasso |  | 95 x 82 cm | | 2,000,000 |
| 43 | OR043 | Picador et Femme, 8.6.1960 | Pablo Picasso |  | 66 x 51.5 cm | Ink wash on paper | 500,000 |
| 44 | OR044 | Colombe de la Paix | Pablo Picasso |  | 36.5 x 27.1 cm | Oil stick on paper | 300,000 |
| 45 | OR045 | Portrait de femme (Dora Maar), 1939 | Pablo Picasso |  | 59.7 x 45.1 cm | Oil on panel | 25,000,000 |
| 46 | OR046 | La Plage | Victor Brauner |  | 72 x 87cm | | 300,000 |
| 47 | OR047 | Untitled, Blue Sponge | Yves Klein |  | 22 x 18 x 8cm | | 2,000,000 |
| 48 | IF001 | Bust of Napoleon Draped in His Dreams | Auguste Rodin |  | 70 x 57.5 x 42 cm | Carrera Marble; Conceived | 7,000,000 |
| 49 | IF002 | Porcoe du mystere, 1966 | Chu Teh Chun |  | 200 x 200 cm | Oil on canvas | 3,000,000 |
| 50 | IF003 | Harmonie Hivernale, 1985 | Chu Teh Chun |  | 146.5 x 89.5 cm | Oil on canvas | 15,000,000 |
| 51 | IF004 | Untitled, 1958 | Chu Teh Chun |  | 100.5 x 81.5 cm; 102 x 104 x 4 cm (Frame) | Oil on canvas | 2,500,000 |

| Item No | Stock No. | Title and Year | Artist Name | Image | Size (HxL) | Media | Value (USD) |
|---|---|---|---|---|---|---|---|
| 52 | IF005 | La tempête s'eloigne,1997 | Chu Teh Chun |  | 150 x 150 cm 178 x 178 x 5 cm (Frame) | Oil on canvas | 3,000,000 |
| 53 | IF006 | Printemps précoce, 1985 | Chu Teh Chun |  | 194 x 259 overall 219 x 284 x 5cm overall (Frame) | Oil on canvas | 3,000,000 |
| 54 | IF009 | Arrière saison, 1968-1971 | Chu Teh Chun |  | 161 x 129 cm 182 x 151. x 6 cm (Frame) | Oil on canvas | 5,000,000 |
| 55 | IF010 | Untitled, 1969 | Chu Teh Chun |  | 162 x 130 cm | Oil on canvas | 5,000,000 |
| 56 | IF011 | 18.11.66 | Zao Wou-Ki |  | 96 x 195 cm (with frame 129 x 6 x 226.5cm) | Oil on canvas | 9,000,000 |
| 57 | IF012 | 29.02.88, 1988 | Zao Wou-Ki |  | 162.5 x 130 cm | Oil on canvas | 6,000,000 |
| 58 | IF013 | Traversee de la Lumiere, 1991 | Chu Teh Chun |  | 60 x 81 cm | Oil on canvas | 500,000 |
| 59 | IF014 | Death of an Illusion, 2001 | Yayoi Kusama |  | 750 x 200 x 130 cm | Mixed Technique Sculpture | 1,000,000 |

Gallery de Sarthe