UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Application for Judicial Assistance of Yves Bouvier<br><br>For an Order Pursuant to 28 U.S.C. § 1782 To Conduct Discovery for Use in Foreign Proceedings. | 25-MC-549 (VSB) (RFT)<br><br>**OPINION & ORDER** |

Appearances:

Thomas P. Vandenabeele
Louise Grégoire
Kellner Herlihy Getty & Friedman LLP
New York, NY
*Counsel for Applicant Yves Bouvier*

Amelia K. Brankov
Brankov PLLC
New York, NY

Seth E. Redniss
Redniss LLC
New York, NY
*Counsel for Non-parties Pascal de Sarthe, De Sarthe Contemporary Limited, and Milocci Limited*

Steven R. Schindler
Katherine L. Wilson-Milne
L. Eden Burgess
Schindler Cohen & Hochman LLP
New York, NY
*Counsel for Non-party Jean-Marc Peretti*

VERNON S. BRODERICK, United States District Judge:

On December 3, 2025, Yves Bouvier ("Applicant") applied ex parte under 28 U.S.C. § 1782 to obtain discovery for use in a litigation pending in Hong Kong, (the "Foreign Proceedings"). (*See* Doc. 1 ("Application") at 1–2; Docs. 2-1–2-3 (Summonses in Foreign

Proceedings).) The Application seeks records relating to 91 artworks (the "Artworks") and any new art purchased for resale (the "Reinvested Artworks"), including documents relating to the proceeds of any sales, (Doc. 4 at 3), which, according to Applicant, will help the Hong Kong court to adjudicate his claims in the Foreign Proceedings and will help him to locate the Artworks and any Reinvested Artworks, (Doc. 2 at ¶¶ 21, 24, 26, 28, 34). On December 9, 2025, I approved a stipulation and order permitting Pascal de Sarthe—one of the defendants in the Foreign Proceedings— to file a motion to intervene as a party opposing the Application. (Doc. 14.) On December 19, 2025, I approved a stipulation and order permitting Pascal de Sarthe, De Sarthe Contemporary Limited, and Milocci Limited (together, the "de Sarthe Parties") —who are all the defendants in the Foreign Proceedings—to file a motion to intervene as parties opposing the Application. (Doc. 17.) On January 12, 2026, I so ordered a briefing schedule permitting Jean-Marc Peretti, ("Peretti")—who the de Sarthe Parties filed an interpleader against in the Foreign Proceedings—to file a motion to intervene as a party opposing the Application. (Doc. 33.)

On February 12, 2026, Magistrate Judge Robyn F. Tarnofsky was designated as the presiding Magistrate Judge. On that same date, I referred this matter to Magistrate Judge Tarnofsky for a report and recommendation on the Application, the unopposed motion to intervene by the de Sarthe Parties, (Doc. 19 ("de Sarthe Parties Motion")), and the unopposed motion to intervene by Peretti, (Doc. 36 ("Peretti Motion")). (Doc. 40.)

On May 6, 2026, Magistrate Judge Tarnofsky issued a thorough 29-page Report and Recommendation recommending that the de Sarthe Parties Motion and the Peretti Motion be granted, and that the Application be granted in part, with the subpoenas limited to certain records from Sotheby's and Christie's. (Doc. 49 ("R&R" or "Report").) In the Report, Magistrate Judge

Tarnofsky recommends that I grant the de Sarthe Parties Motion and the Peretti Motion because the unopposed motions to intervene are timely, ex parte, and the de Sarthe Parties and Peretti have standing to intervene because Applicant seeks to use the subpoenaed information against the de Sarthe Parties and Peretti in the Foreign Proceedings. (*Id.* at 8.) Magistrate Judge Tarnofsky also recommends that I grant the Application in part, permitting issuance of subpoenas to Sotheby's and Christie's for records of any purchases or sales of the Artworks by the Discovery Targets from February 1, 2015 to October 3, 2025. (*Id.* at 19–20.)

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "To accept the report and recommendation of a magistrate [judge], to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

Although the Report explicitly provided that "Petitioner shall have 14 days (including weekends and holidays) from service of this report and recommendation to file written objections" and warned that "[t]he failure to object within fourteen days will result in a waiver of objections and will preclude appellate review," (R&R 29 (emphasis omitted)), Applicant, de Sarthe Parties, and Peretti did not file an objection or request additional time to do so. I have reviewed Magistrate Judge Tarnofsky's detailed and well-reasoned Report for clear error and, after careful review, find none. I therefore ADOPT the Report & Recommendation in its entirety.

The Clerk's Office is respectfully directed to enter judgment in accordance with this Order and to close this case.

SO ORDERED.

Dated: September 11, 2026
New York, New York

Vernon S. Broderick
United States District Judge