**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

In re:
**In Re Application for Judicial Assistance of Yves Bouvier**

**For an Order Pursuant to 28 U.S.C. § 1782 To Conduct Discovery for Use in Foreign Proceedings.**

----------------------------------------------------------------------X

25-MC-549 (VSB) (RFT)

# JUDGMENT

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 11, 2026, the Court adopts the Report & Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
September 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nezam Dulal

**Deputy Clerk**